# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

DEVRON MINION,

Appellant,

v.

RILMA AVENUE HOLDINGS, LLC,

Appellee.

No. 2D23-437

————————————————

December 27, 2023

Appeal from the County Court for Sarasota County; Erika N. Quartermaine, Judge.

Devron Minion, pro se.

Derek W. Eisemann of Michael J. Belle, P.A., Sarasota, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, BLACK, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.